IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RALPH W. MCCLAIN, JR.,

Plaintiff,

v.

STEVEN MORRIS *CORRECTIONAL OFFICER*, C.O. KIRK, C.O. J. MCCUNE, SILBERSMHIDT *M.D.*,

Defendants.

22cv0958

ELECTRONICALLY FILED

Memorandum Order affirming Report and Recommendation and Granting Joint Motion for Sanctions – Dismissing Case with Prejudice

This is a *pro se* prisoner civil rights case that was brought in 2022, and subsequently removed from state court. Based upon Plaintiff's failure to send and receive legal mail, this case was closed on January 30, 2025, with a right to reopen. Now pending before this Court is a Joint Motion for Sanctions and to dismiss this case with prejudice for Plaintiff's history of dilatoriness, and his recent alleged pattern of lewd, harassing, and intimidating correspondence, mostly directed towards female attorneys involved in his case. Doc. 93. Defendants have attached numerous letters allegedly from Plaintiff to numerous attorneys that substantiate their claims, and certainly constitute harassing and egregious conduct. Doc. 95, Doc. 96, Doc. 97, Doc. 98, Doc. 99, Doc. 100.

United States Magistrate Judge Christopher B. Brown issued a thorough Report and Recommendation on August 27, 2026, wherein he recommended the Joint Motion for Sanctions be granted, and that this case be dismissed with prejudice after an in-depth analysis of the

applicable factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 866 (3d Cir. 1984) and *Hildebrand v. Allegheny Cnty*, 923 F.3d 128, 132 (3d Cir. 2019). Objections to the Report and Recommendation were due from Plaintiff on September 17, 2026. Doc. 103. To date, no objections have been filed and the time for doing so has long since passed.

As explained in the Report and Recommendation, this Court is mindful that federal courts have the inherent power "to levy sanctions in response to abusive litigation practices." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 765 (1980) (citations omitted). Doc. 103. This Court reiterates that the United States Court of Appeals for the Third Circuit has cautioned the sanction of dismissal "should be reserved for those cases where there is a clear record of delay or contumacious conduct by the plaintiff." *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 866 (3d Cir. 1984). The Supreme Court describes dismissal with prejudice as an "extreme" sanction. *Nat'l Hockey League v. Metro. Hockey Club, Inc.,* 427 U.S. 639, 643 (1976). Doc. 103.

Upon *de novo* review of the Joint Motion, the attached exhibits, the Report and Recommendation, and the entire record, this Court HEREBY GRANTS the Joint Motion for Sanctions and ADOPTS the related Report and Recommendation as the Opinion of the Court. Doc. 93, Doc. 103. Based upon the uncontradicted record evidence, the Court is well within its purview to dismiss this case for lewd and abusive litigation tactics. This case is dismissed with prejudice.

SO ORDERED this 16th day of November, 2026.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All ecf-registered counsel and pro se Plaintiff, RALPH W. MCCLAIN, JR. 814451
8301 State Road
Philadelphia, PA 19136 (via U.S. First Class Mail)